DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**COLLAGE DESIGN & CONSTRUCTION GROUP, INC.**,
Petitioner,

v.

**PALM BEACH COUNTY, FLORIDA**,
Respondent.

No. 4D19-1234

[May 29, 2019]

Petition for writ of certiorari to the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; James Nutt, Judge; L.T. Case No. 502018CA012913XXXXMB.

Rosemary Hanna Hayes and Carly Marie Newman of Hayes Law, PL, Orlando, for petitioner.

Helene C. Hvizd, Senior Assistant County Attorney, Palm Beach County Attorney's Office, West Palm Beach, for respondent.

PER CURIAM.

*Affirmed.  See* Fla. R. App. P. 9.315(a).

GROSS, MAY and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***